AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations                    #8458

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

UNITED STATES OF AMERICA
**V.**
**MICHAEL JOSEPH STONE, JR.**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

CASE NUMBER:  **CR 06-00068-001**
USM NUMBER:  **09432-003**

**THE DEFENDANT:**

_____Chris Knight_____
**Defendant's Attorney**

(x)   admitted guilt to violation of supervision condition(s):  _Special Condition (x2) and Conditions #3, #7, #8, and #9._

( )   was found in violation of supervision condition(s): _____

| Violation Number | Nature of Violation | Date violation Occurred |
|---|---|---|
| Special Condition | Technical | |
| Special Condition | Technical | |
| Condition #3 | Technical | |
| Condition #7 | Technical | |
| Condition #8 | Technical | |
| Condition #9 | Technical | |

        The defendant is sentenced as provided in pages 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

( )   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

        IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

**Defendant's Residence Address:**
__913 Kendrick Drive__
__Mobile, Alabama  36618__

_____March 17, 2009_____
Date of Imposition of Judgment

_____s/Kristi K. DuBose_____
UNITED STATES DISTRICT JUDGE

_____March 27, 2009_____
Date

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

Defendant: **MICHAEL JOSEPH STONE, JR.**
Case Number:  **CR 06-00068-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total **term** of ___**NINE (9) MONTHS**__.  **No SRT to follow.**


(x)   The defendant is remanded to the custody of the United States Marshal.

( )   The defendant shall surrender to the United States Marshal for this district:

　( )   at ___ .m. on ___.

　( )   as notified by the United States Marshal.

( )   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　( )   before 2 p.m. on ____.

　( )   as notified by the United States Marshal.

　( )   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____

with a certified copy of this judgment.

___UNITED STATES MARSHAL___

By:_____
Deputy U.S. Marshal